JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNARDO SOLIS,

     Plaintiff,

        v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

     Defendant.

No. 2:24-cv-01447-KES

JUDGMENT

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: July 16, 2024

_____
HON. KAREN E. SCOTT
United States Magistrate Judge

-1-